IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LAWANDA REEDS, **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

  v.                       Civil Action No.
                                 04-0965-CV-W-REL-SSA

JO ANNE B. BARNHART,

    Defendant.

\_\_\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 XX  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    that plaintiff's motion for summary judgment is granted.

IT IS FURTHER ORDERED

    that the decision of the Commissioner is reversed and this case is remanded for an award of benefits.

                                                   P. L. Brune, Clerk

September 30, 2005    _____           By /s/ Bonnie J. Rowland
    Date                                                Deputy Clerk