# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

LAWANDA REEDS,

    Plaintiff

    V.                                                Case No.  04-0965-CV-W-REL-SSA

JO ANNE B. BARNHART,

    Defendant

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's motion for fees in the amount of $3,800.00 pursuant to the Equal Access to Justice Act is granted.

    **IT IS FURTHER ORDERED**

        that plaintiff's motion for reimbursement of the $150.00 filing fee is granted. The filing fee shall be paid from the Judgment Fund administered by the United States Treasury.

Entered on: February 16, 2006

                                                          P. L. BRUNE
                                                          CLERK OF COURT

                                                           */s/ Bonnie J. Rowland*
                                                          (By) Deputy Clerk